NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3143

ROBERT L. POLLOCK,

Petitioner,

v.

UNITED STATES POSTAL SERVICE,

Respondent.

Philip C. Kimball, Attorney at Law, of Louisville, Kentucky, argued for petitioner.

Kenneth D. Woodrow, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent.  With him on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Donald E. Kinner, Assistant Director.

Appealed from:  Merit Systems Protection Board

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3143

ROBERT L. POLLOCK,

Petitioner,

v.

UNITED STATES POSTAL SERVICE,

Respondent.

# Judgment

ON APPEAL from the        Merit Systems Protection Board

in CASE NO(S).        CH0752080578-I-1

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (NEWMAN, BRYSON, and MOORE, Circuit Judges).

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED  December 23, 2009         /s/ Jan Horbaly
                                 Jan Horbaly, Clerk